ALBANY,
Feb. 1829.

Bowman
v.
Ely.

### ERWIN vs. MARTIN.

A subpœna may be charged for every four witnesses. Fee for service of papers not allowable unless requiring an answer.

An affidavit is defective sworn to before a deputy clerk.

---

### BOWMAN vs. ELY and others.

A strong excitement existing in a county on the subject matter of a libel suit, is no cause for refusing to change a venue on the ordinary affidavit.

MOTION to change the venue from Oneida to Monroe. The action was brought for the publication of a handbill immediately preceding the last election by the defendants, styling themselves the *anti-masonic central committee*, which was alleged to be libellous. The defendants swore to 20 witnesses residing in the county of Monroe. The plaintiff opposed the motion by the production of an affidavit of several disinterested and highly respectable individuals, in which they stated, that from their knowledge of the excitement which has prevailed and still does prevail on the subject of *masonry*, they believed that the plaintiff could not have a fair and impartial trial before a jury of Monroe county.

*By the Court*, MARCY, J. The plaintiff not resisting by shewing a greater number of witnesses on his part, resi-

ding in the county where the venue is laid, the motion must prevail. The court will not, on any speculative opinion, formed by individuals, however respectable, interfere with the ordinary course and practice of the court in the administration of justice. Pervading as may be the excitement referred to, the court repose confidence in the intelligence and integrity of the freeholders of Monroe. Should it unfortunately happen that the apprehension of the plaintiff is realized, he will not be remediless, as it will then be in sufficient time to interpose the strong arm of the law to cause the course of justice to flow unpolluted by passion or prejudice.

Motion denied.